UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| LEWIS R. FOX, | : CASE NO.: 2:19-cv-901 |
| Petitioner, | : JUDGE JAMES L. GRAHAM |
| -VS- | : Magistrate Judge Kimberly A. Jolson |
| WARDEN, Belmont Corr. Inst., | : |
| Respondent. | : |

MOTION TO SUPPLEMENT PETITIONER'S OBJECTION TO
"RESPONDENT'S OBJECTION TO THE MAGISTRATE'S R & R"

In response to the Respondent's "Notice of Repeat Service of Doc. 10-1," (Doc #13), this Petitioner respectfully request to Supplement his Objection (Doc #12, and Doc #11 by mistake (see letter attached to Doc #12)) to the now revised (original) "Respondent's Objection to the Report and Recommendation" (Doc #10) pursuant to Civil Rules of Fed. Procedure 15.

The issue before this Court is whether or not Petitioner's Claims should proceed as recommended by the Magistrate (Doc #9, ID @ 1051) or to over-rule the magistrate and dismiss per the objection of the Respondent for failure to exhaust (Doc #10, and Doc #13 (revised)).

After review of substantial dilatory short-commings of the State, this Petitioner wishes to redact the "In Lieu of...dismissing Claim #4 without prejudice" as stated in Doc #12 and proceed as Recommended by the Magistrate, notwithstanding, the already filed Doc #12 for the following reasons.

It is now the position of this petitioner that the State has attempted to sabatoge this Petitioner's ability to appeal his post-conviction denial to the State's next level (appellate court). Not only has the State attempted a dilatory defense in trying to overcome the Magistrate's R & R (Doc #9) by

filing a "Renewed Answer and Motion to Dismiss [Petitioner's] Post-Conviction Petition," it did so by filing only after the Magistrate's R & R was filed. (See Case No.: 15CR-5585, Franklin County, Ohio, dated Sept. 4, 2019--**Five (5) days after the Magistrate's R & R; See also Doc #12**). In addition, the State dilitorily attempted to defeat Petitioner's ability to appeal his Post-Conviction by failing to inform him of such decision. As shown through several attached exhibits, the State (through its agents) nor the Court (through its agents) provided this petitioner with the trial court's decision denying post-conviction relief. To prove this matter, this Petitioner utilized the internal mail system called a "Kite," requested the mail logs of all incoming "Legal Mail" coincidentally called "Legal Mail Log." As attached, the legal mail log shows all incoming legal mail of this petitioner starting with: 09/04/19--mail from Office of the Clerk, this is/was the Magistrate's Report and Recommendation; Second, on 09/09/19--mail from the Franklin County Prosecutor, this is/was the "Renewed Answer and Motion to Dismiss..." requesting the trial Court to make a ruling on Petitioner's Post-Conviction Petition; Third, on 09/13/19--mail from Attorney General Yost's Office, this is/was the Objection to the Report and Recommendation--**It failed to provide a copy of Exhibit "44"** as stated "attached;" Fourth, on 09/23/19--mail from the Office of the Clerk, this was notice of Petitioner's objections to Respondent's Document No. 10. Also attached is a copy of the mailing envelopes and institutional mail passes (showing when petitioner's pass allowed him to pick up his legal mail) of Respondent's filings of Doc #10 and Doc #13. **Petitioner would like to draw the attention to the postage for both envelopes--Doc #10, shows a postage of only $0.50; where as, Doc #13, shows a postage of $0.65--proof that Exhibit 44 was not originally attached.** Also noticed by the Mail passes, the latest, petitioner asserts was Doc #13, the Repeat Service of #10-1 (which does now include Exhibit 44) was received by this Petitioner on October 1, 2019 (see Pass Date). Petitioner

2

has been forclosed in the ability to perfect an appeal, not by his own doing, but by the State, regardless of intent or neglect. "Ohio does not permit delayed appeals in post-conviction proceedings..." **Nesser v. Wolfe**, 370 Fed. Appx. 665, 670. "This Court held in **Wright v. Lazaroff**, 643 F. Supp. 2d 971, 987-88 (S. D. Ohio 2009), both that failure to take such an appeal is a procedural default - the result of the failure is to prevent the state courts from considering the claim in accordance with their procedural rules - and that Ohio law does not allow a delayed appeal to be taken from the denial of a post-conviction petition." **Minor v. Warden, Belmont Corr. Inst.**, 2016 U.S. Dist. LEXIS 42321 (S. D. Ohio 2016). Unlike **Minor**, this petitioner's failure to file an appeal rest on the actions of the State. Regardless, a delayed appeal cannot be taken, no matter the circumstances. No remedies are available for this petitioner; and as explained to the Magistrate, petitioner request that exhaustion be excused or deemed exhausted instanter.

"Although there is a strong presumption in favor of requiring a state prisoner to pursue available state remedies, the failure to exhaust such remedies is not an absolute bar to appellate consideration of the merits of a habeas corpus petition." **Granberry v. Greer**, 481 U.S. 129. "([E]xhaustion should not be required 'whenever it may become clear that the alleged state remedy is nothing but a procedural morass offering no substantial hope of relief')." **Granberry** @ foot note 8 (citing **Marino v. Ragen**, 332 U.S. 561,564 (1974))(Rutledge, J., concurring). To proceed in the State courts would be nothing more than a "procedural morass offering no substantial hope of relief."

Therefore, it is this petitioner's position that any attempt to return to the state courts would be futile; and in the interest of all parties, the continuance of this habeas corpus proceeding(s) should not fall victim to the State's dilatory tactics, but should proceed onward with all claims.

3

Respectfully Submitted,

*Lewis R. Fox*

Lewis R. Fox, #733-986
P.O. Box 540
St. Clairsville, OH 43950

Pro Se

## CERTIFICATE OF SERVICE

    I, Lewis R. Fox, #733-986, do hereby certify that a true copy of this motion was sent to the Respondent of Record, Attorney General of Ohio, Assistant Maura O'Neill Jaite at Criminal Justice Section, 150 E. Gay Street, 16th Fl., Columbus, OH 43215 on or about the 5th day of October, 2019.

Respectfully Submitted,

*Lewis R. Fox*

Lewis R. Fox, #733-986

Pro Se

4



Dear Mail Room,

    My name is Lewis R. Fox, #733-986.  I am requesting a copy of all legal mail (transaction information--mail log information) that was sent to me from 09-1-19 to present date (10-5-19).  There should be roughly only three to five entries.  I need this information for legal purposes, appeals processes.

    I thank you in advance for this effort and for your time in response to this matter.

                        Sincerely,

                        Lewis R. Fox, #733-986

## Legal Mail Log

Institution: beci

| Date Received by Institution | Inmate Name | Inmate Number | Lock Assignment | Sender's Name & Address | Inmate's Signature of Receipt | Date of Receipt |
|---|---|---|---|---|---|---|
| 09/04/2019 | fox | A-733986 | 3b42 | office of the clerk united states dist court columbus ohio | Lee Fx 733986 | 9-5-19 |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | 8 5/19 |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | 9-5-19 |
| 09/04/2019 | | | | | | 9/5/2019 |
| 09/04/2019 | | | | | | |
| 09/04/2019 | | | | | | 9-5-19 |

DRC2632 E (Rev 06/05)

## Legal Mail Log

Institution: beci

| Date Received by Institution | Inmate Name | Inmate Number | Lock Assignment | Sender's Name & Address | Inmate's Signature of Receipt | Date of Receipt |
|---|---|---|---|---|---|---|
| 09/09/2019 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ohio innocence pro. | ▮▮▮ | 9.10.19 |
| 09/09/2019 | fox | A-733986 | 3b42 | pro. atty franklin county columbus ohio | Lois Fx | 9-10-19 |
| 09/09/2019 | | | | | | 9/10/19 |
| 09/09/2019 | | | | | | 9-10-19 |
| 09/09/2019 | | | | | | 9-10-19 |
| 09/09/2019 | | | | | | 9-10-19 |
| 09/09/2019 | | | | | | 9-10-19 |
| 09/09/2019 | | | | | | 9/10/19 |
| 09/09/2019 | | | | | | 9/10/19 |
| 09/09/2019 | | | | | | 9/10/19 |
| 09/09/2019 | | | | | | 9/10/19 |
| 09/09/2019 | | | | | | |

## Legal Mail Log

| Date Received by Institution | Inmate Name | Inmate Number | Lock Assignment | Sender's Name & Address | Inmate's Signature of Receipt | Date of Receipt |
|---|---|---|---|---|---|---|
| 09/13/2019 | | | | | | 9-16-19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | 9/18/20 |
| 09/13/2019 | Fox | A-733986 | 3b42 | Youst Cols, Oh | Lewis Fx | 9/16/19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | 9/16/19 |
| 09/13/2019 | | | | | | |
| 09/13/2019 | | | | | | 9-16-19 |
| 09/13/2019 | | | | | | |

## Legal Mail Log

Institution: beci

| Date Received by Institution | Inmate Name | Inmate Number | Lock Assignment | Sender's Name & Address | Inmate's Signature of Receipt | Date of Receipt |
|---|---|---|---|---|---|---|
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | fox x2 | A-733986 | 3b42 | office of the clerk us dist court columbus ohio | Levi Fox | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | 9-24-19 |
| 09/23/2019 | | | | | | -24-19 |

DRC2632 E (Rev 0

Doc #10

COLUMBUS 9-16-19
OH 430
11 SEP '19
PM 3 L

**OHIO ATTORNEY GENERAL DAVE YOST**
Criminal Justice Section
Section Code 423000
150 E. Gay St., 16 Floor
Columbus, Ohio 43215

Objection to R&R,
Doc#8
Doc#5 3842

9-11-16
certificate
of service

Pg ID #1059-1061
No "Exhibit AA" Attached

7 of 9

Lewis R. Fox, #733-986
Belmont Correctional Institution
P. O. Box 540
St. Clairsville, OH 43950

43950-054040

LEGAL

Attorney General Dave Yost

Monday

**Report Time:** 08:00 AM    **Pass Date:** 16-SEP-19

**Last Name:** FOX    **Id:** A733986    **Issued By**    **Time**

**Lock:** B/3/0042/B    **Job:** STUDENT

**Destination:** legal mail    **Dismissed By**    **Time**

**Issued By:** PACKAGE ROOM - PACKAGE ROOM

**Inmate Signature**    **Time**



**OHIO ATTORNEY GENERAL DAVE YOST**
Criminal Justice Section
Section Code 423000
150 E. Gay St., 16 Floor
Columbus, Ohio 43215

Doc #13
"Respondent Notice of
Repeat Service of
Doc. 10-1"
Dated 9/24/19
Recieved 10/1/19

7:30 AM
10-1-19 Tuesday

PITTSBURGH
PA 150

3B42

Lewis R. Fox, #733-986
Belmont Correctional Institution
P. O. Box 540
St. Clairsville, OH 43950

LEGAL

7 of 7

INSIDE PASS ONLY          BECI

Report Time: 07:30 AM        Pass Date: 01-OCT-19         Issued By            Time

Last Name: FOX               Id: A733986

Lock: B/3/0042/B             Job: STUDENT

Destination: legal mail                                   Dismissed By         Time

Issued By: PACKAGE ROOM - PACKAGE ROOM

                                                          Inmate Signature     Time

INSIDE PASS ONLY          BECI